Sengthiene Bosavanh, Esq. #249801
Milam Law
948 11th Street, Suite 17
Modesto, California 95354
(209) 576-0817
   Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Wilton Hodges, | CASE NO. 1:10-cv-01241 |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| Commissioner of Social Security, | FOR EXTENSION OF TIME TO SUBMIT PLAINTIFF'S CONFIDENTIAL BRIEF |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties that Plaintiff be granted a first-time 30-day extension of time to submit a confidential brief. The current due date for Plaintiff's Confidential Brief is December 22, 2010. The new due date will be January 21, 2011. The scheduling order should be modified accordingly.

Dated: December 23, 2010          /s/ Sengthiene Bosavanh

                                  SENGTHIENE BOSAVANH, ESQ.
                                  Attorney for Plaintiff

1 | Dated: December 23, 2010
2 |
3 |
4 |
5 |
6 |
7 | IT IS SO ORDERED.
8 | **Dated:    December 29, 2010**

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Francesco Benavides
(as authorized via e-mail)
FRANCESCO BENAVIDES
Special Assistant United States Attorney

_____/s/ **Dennis L. Beck**_____
UNITED STATES MAGISTRATE JUDGE

2