BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
FRANCESCO P. BENAVIDES, CSBN 258924
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, CA  94105
    Telephone: 415-977-8978
    Facsimile: 415-744-0134
    Email: francesco.benavides@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| WILTON HODGES,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | Civil No. 1:10-cv-01241 OWW DLB<br><br>**STIPULATION AND ORDER TO VOLUNTARY REMAND AND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND FOR ENTRY OF JUDGMENT** |

    THE PARTIES HEREBY STIPULATE, through their undersigned attorneys and with the approval of the Court, that Defendant has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new hearing and decision.

    Upon remand, the Office of Disability Adjudication and Review will remand this case to an Administrative Law Judge (ALJ) and direct him or her to further evaluate Plaintiff's alleged mental impairment.  Additionally, the ALJ shall consider and articulate the weight given to the third-party report of Plaintiff's spouse, Marvanett Hodges.

1

                                                Respectfully submitted,

Date:  *February 28, 2011*       */s/ Francesco Benavides for Sengthiene Bosavanh\**
                                                  (*\* by email authorization on February 25, 2011*)
                                                  SENGTHIENE BOSAVANH
                                                  Attorney at Law

                                                  Attorney for Plaintiff

Date:  *February 28, 2011*       BENJAMIN B. WAGNER
                                                  United States Attorney
                                                  LUCILLE GONZALES MEIS
                                                  Regional Chief Counsel, Region IX
                                                  Social Security Administration

                                       BY:    */s/ Francesco P. Benavides*
                                                  FRANCESCO P. BENAVIDES
                                                  Special Assistant United States Attorney

                                                  Attorneys for Defendant

ORDER

IT IS SO ORDERED.

    Dated:  **March 1, 2011**                       **/s/ Oliver W. Wanger**
                                                 UNITED STATES DISTRICT JUDGE