BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
FRANCESCO P. BENAVIDES, CSBN 258924
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, CA  94105
    Telephone: 415-977-8978
    Facsimile: 415-744-0134
    Email: francesco.benavides@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| WILTON HODGES,            )<br>                                           )<br>      Plaintiff,             )<br>                                           )<br>  v.                                    )<br>                                           )<br>                                           )<br>MICHAEL J. ASTRUE,     )<br>Commissioner of              )<br>Social Security,                  )<br>                                           )<br>      Defendant.           )<br>_____ ) | Civil No. 1:10-cv-01241 DLB<br><br>**STIPULATION AND ORDER**<br>**FOR AWARD OF EAJA FEES** |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FOUR THOUSAND DOLLARS and 00/100's ($4,000.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

    After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.  Pursuant to <u>Astrue v. Ratliff</u>, – S.Ct. – , 2010 WL 2346547 (U.S. June 14, 2010), the ability to honour the

assignment will depend on whether the fees, expenses are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees and expenses is entered, the government will determine whether they are subject to any offset.

Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Sengthiene Bosavanh, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted,

Date: _May 31, 2011_    */s/ Francesco Benavides for Sengthiene Bosavanh\**
(*  *by email authorization on May 31, 2011*)
SENGTHIENE BOSAVANH
Attorney at Law

Attorney for Plaintiff

Date: _May 31, 2011_    BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

BY:   */s/ Francesco P. Benavides*
FRANCESCO P. BENAVIDES
Special Assistant United States Attorney

Attorneys for Defendant

2

## ORDER

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that Plaintiff is awarded attorney's fees pursuant to the Equal Access to Justice Act ("EAJA") in the amount of FOUR THOUSAND DOLLARS and 00/100's ($4,000.00), as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: July 13, 2011         /s/ Dennis L. Beck
HON. DENNIS L. BECK
UNITED STATES MAGISTRATE JUDGE